# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| Craig Casler, as Trustee for the Heirs and Next-of-Kin of Abby Rudolph, deceased,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MEnD Correctional Care, PLLC, and Michelle Pender, individually and in her capacity as Clay County Jail Nurse, and Clay County, Minnesota, and Julie Savat, individually and in her capacity as Clay County Jail Administrator, and Justin Roberts, individually and in his capacity as Clay County Assistant Jail Administrator, and CO Raynor Blum, CO Nancy Livingood, CO Ashley Johnson, CO Tiffany Larson, CO Deborah Benson, CO Jana Bartness, CO Ryan Magnuson, CO Anastacia Hermes, CO Joel Torkelson, CO Anthony Hanson, CO Amber Nelson, CO Cassie Olson, CO Devin Lien, CO Richard Stetz, CO Brianna, CO Amy Rood, and CO Lucas Heck, individually and in their capacities as Clay County Correctional Officers, and CO Kari, individually and in her capacity as Clay County Jail Correctional Officer and Clay County Jail Health Tech,<br><br>　　　　Defendants. | Case No.: 18-CV-1020 (WMW/LIB)<br><br><br><br>**Notice of Motion for Approval of Distribution of Wrongful Death Proceeds** |

　　**Please Take Notice** that at a time and place to be determined by the court, if an appearance is deemed necessary, Petitioner, Craig Casler, will move the Court for an order allowing distribution of settlement funds as described in the Petition being filed herewith.

89725652.1

Date: May 23, 2019:                                **BENNEROTTE & ASSOCIATES, P.A.**

By: *s/ Vincent J. Moccio*
   Vincent J. Moccio (MN# 184640)
   *vincent@ bennerotte.com*

3085 Justice Way, Suite 200
Eagan, Minnesota 55121
T:   651-‐842-‐9257
F:   651-‐288-‐0860

***ATTORNEYS FOR PLAINTIFFS***