# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| Craig Casler, as Trustee for the Heirs and Next-of-Kin of Abby Rudolph, deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>MEnD Correctional Care, PLLC, and Michelle Pender, individually and in her capacity as Clay County Jail Nurse, and Clay County, Minnesota, and Julie Savat, individually and in her capacity as Clay County Jail Administrator, and Justin Roberts, individually and in his capacity as Clay County Assistant Jail Administrator, and CO Raynor Blum, CO Nancy Livingood, CO Ashley Johnson, CO Tiffany Larson, CO Deborah Benson, CO Jana Bartness, CO Ryan Magnuson, CO Anastacia Hermes, CO Joel Torkelson, CO Anthony Hanson, CO Amber Nelson, CO Cassie Olson, CO Devin Lien, CO Richard Stetz, CO Brianna, CO Amy Rood, and CO Lucas Heck, individually and in their capacities as Clay County Correctional Officers, and CO Kari, individually and in her capacity as Clay County Jail Correctional Officer and Clay County Jail Health Tech,<br><br>    Defendants. | **NOTICE OF JOINT MOTION FOR LEAVE TO FILE PUBLICLY REDACTED VERSIONS OF SEALED DOCUMENTS AND FOR CONTINUED SEALING** |

**Please Take Notice** that on September 11, 2019 at 11:00 am or as soon thereafter as the Movants may be heard, in Courtroom #2 of the Federal Courthouse at 118 South Mill Street, Fergus Falls, MN 56537, Petitioner, Craig Casler, and Defendants MEnD Correctional Care, PLLC, and Michelle Pender will jointly move the Court as follows:

89725652.1

1. Ordering that Docket Number 44 be removed from the public record;

2. Ordering that the unredacted versions of Docket Numbers 43 and 45-1 shall remain under seal so as to protect confidential settlement information; and

3. Ordering that the redacted public versions of Docket Number 43, attached to the Joint motion as Exhibit A, and Docket Number 45-1, attached to the Joint motion as Exhibit B, shall be made available to the public.

Date: July 9, 2019     **BENNEROTTE & ASSOCIATES, P.A.**

By: *s/ Vincent J. Moccio*
   Vincent J. Moccio (MN# 184640)
   *vincent@ bennerotte.com*

3085 Justice Way, Suite 200
Eagan, Minnesota 55121
T:   651--842--9257
F:   651--288--0860

*ATTORNEYS FOR PLAINTIFFS*


Date: July 9, 2019     **LARSON · KING, LLP**

By: *s/ Anthony J. Novak*
   Anthony J. Novak (0351106)
   *tnovak@larsonking.com*

2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
Tel: (651) 312-6500
Fax: (651) 312-6618

*ATTORNEYS FOR DEFENDANTS MEND CORRECTIONAL CARE, PLLC AND MICHELLE PENDER*