UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Craig Casler, as Trustee for the Heirs and Next-of-Kin of Abby Rudolph, deceased, | Case No. 0:18-cv-01020 (WMW/LIB) |
| Plaintiff, | |
| vs. | |
| Clay County, Minnesota, *et al.*, | |
| Defendants. | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
___

Defendants hereby move the above-named Court for an Order granting Defendants summary judgment per Fed. R. Civ. P. 56 and dismissing this action in its entirety, on the grounds there is no genuine issue as to any material fact and Defendants are entitled to a judgment as a matter of law. Said motion is based upon the attached Memorandum of Law, the affidavits, declarations, and exhibits submitted herewith, and all files, records, and proceedings herein.

Dated: November 8, 2019

IVERSON REUVERS CONDON

By _____
Jason M. Hiveley, #311546
Andrew A. Wolf, #398589
9321 Ensign Avenue South
Bloomington, MN 55438
jasonh@irc-law.com
andrew@irc-law.com
(952) 548-7200
*Attorneys for Defendants*