UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Craig Casler, as Trustee for the Heirs and Next-of-Kin of Abby Rudolph, deceased,

    Plaintiff,

vs.

Clay County, Minnesota, *et al.*,

    Defendants.

Case No. 0:18-cv-01020 (WMW/LIB)

---

## AFFIDAVIT OF ANDREW A. WOLF

---

Exhibit 10: Clay County Jail Surveillance Video-Camera 20 Holding Hallway, October 31, 2016.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Craig Casler, as Trustee for the Heirs and Next-of-Kin of Abby Rudolph, deceased, | Case No. 0:18-cv-01020 (WMW/LIB) |
| Plaintiff, | |
| vs. | |
| Clay County, Minnesota, *et al.*, | |
| Defendants. | |

## PLACEHOLDER FOR CLAY COUNTY JAIL SURVEILLANCE VIDEO-CAMERA 20 HOLDING HALLWAY, OCTOBER 31, 2016

This document is a Placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office.

**Affidavit of Andrew A. Wolf, Exhibit 10: Clay County Jail Surveillance Video-Camera 20 Holding Hallway, October 31, 2016.**

This filing was not e-filed for the following reason(s):

Affidavit of Andrew A. Wolf, Exhibit 10 is a Non Graphical/Textual Computer File (video) on CD or other media.