UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Craig Casler, as Trustee for the Heirs and Next-of-Kin of Abby Rudolph, deceased, | Case No. 0:18-cv-01020 (WMW/LIB) |
| Plaintiff, | |
| vs. | |
| Clay County, *et al.*, | |
| Defendants. | |

**NOTICE OF APPEAL**

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), and 28 U.S.C. § 1291, notice is hereby given that Defendants in the above-named case, Deborah Benson, Jana Bartness, Anthony Hanson, Cassie Olson, Devin Lien, and Lucas Heck ("Defendants"), appeal to the United States Court of Appeals for the Eighth Circuit. Defendants appeal from the Order[1] of the U.S. District Court for the

---

[1] Order Adopting Report and Recommendation and Granting in part and Den. in part Defs.' Mot. for Summ. J., November 24, 2020, ECF No. 93.

District of Minnesota entered on November 24, 2020, denying Defendants qualified immunity because the facts[2] established Defendants' conduct:

1. Violated clearly established law; and,

2. Violated the Fourteenth Amendment to the Constitution.

Defendants' appeal turns on the foregoing legal issues.

Dated: December 24, 2020                By s/Andrew A. Wolf
                                                     Jason M. Hiveley, #311546
                                                     Andrew A. Wolf, #398589
                                                     Iverson Reuvers
                                                     9321 Ensign Avenue South
                                                     Bloomington, MN 55438
                                                     jasonh@irc-law.com
                                                     andrew@irc-law.com
                                                     (952) 548-7200

                                                     *Attorneys for Defendants*

---

[2] Including the facts the district court specifically found adequately supported, and those it likely assumed by viewing the record in the light most favorable to Plaintiff unless blatantly contradicted by the record.