# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 28, 2020

Mr. Andrew A. Wolf
IVERSON & REUVERS
9321 Ensign Avenue, S.
Bloomington, MN  55438-0000

    RE:  20-3690  Craig Casler v. Deborah Benson, et al

Dear Mr. Wolf:

    The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

    Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

    The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

    Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

    The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

  Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

  On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

  If you have any questions about the schedule or procedures for the case, please contact our office.

                 Michael E. Gans
                 Clerk of Court

CYZ

Attachments

cc: Ms. Kate M. Fogarty
   Mr. Jason Michael Hiveley
   Mr. Vincent J. Moccio
   Mr. Colin Flynn Peterson
   Mr. Brandon E. Thompson

  District Court/Agency Case Number(s):   0:18-cv-01020-WMW

**Caption for Case Number:   20-3690**

Craig Casler, (as Trustee for the Heirs and Next-of-Kin of Abby Rudolph, deceased)

       Plaintiff - Appellee

v.

Clay County, Minnesota; Julie Savat, individually and in her capacity as Clay County Jail Administrator; Justin Roberts, individually and in his capacity as Clay County Assistant Jail Administrator; Raynor Blum, CO, individually and in his capacity as Clay County Correctional Officer; Nancy Livingood, CO, individually and in her capacity as Clay County Correctional Officer; Ashley Johnson, CO, individually and in her capacity as Clay County Correctional Officer; Tiffany Larson, CO, individually and in her capacity as Clay County Correctional Officer

       Defendants

Deborah Benson, CO, individually and in her capacity as Clay County Correctional Officer; Jana Bartness, CO, individually and in her capacity as Clay County Correctional Officer

       Defendants - Appellants

Ryan Magnuson, CO, individually and in his official capacity as Clay County Correctional Officer; Anastacia Hermes, CO, individually and in her capacity as Clay County Correctional Officer; Joel Torkelson, CO, individually and in his capacity as Clay County Correctional Officer

       Defendants

Anthony Hanson, CO, individually and in his capacity as Clay County Correctional Officer

       Defendant - Appellant

Amber Nelson, CO, individually and in her capacity as Clay County Correctional Officer

       Defendant

Cassie Olson, CO, individually and in her capacity as Clay County Correctional Officer; Devin Lien, CO, individually and in her capacity as Clay County Correctional Officer

       Defendants - Appellants

Richard Stetz, CO, individually and in his capacity as Clay County Correctional Officer; Brianna Then, CO, individually and in her capacity as Clay County Correctional Officer; Amy Rood, CO, individually and in her capacity as Clay County Correctional Officer

       Defendants

Lucas Heck, CO, individually and in his capacity as Clay County Correctional Officer

       Defendant - Appellant

Kari White-Tuton, CO, individually and in her capacity as Clay County Jail Correctional Officer and Clay County Jail Health Tech

       Defendant

**Addresses for Case Participants:   20-3690**

Mr. Andrew A. Wolf
IVERSON & REUVERS
9321 Ensign Avenue, S.
Bloomington, MN  55438-0000

Ms. Kate M. Fogarty
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Mr. Jason Michael Hiveley
IVERSON & REUVERS
9321 Ensign Avenue, S.
Bloomington, MN  55438-0000

Mr. Vincent J. Moccio
BENNEROTTE & ASSOCIATES
Suite 200
3085 Justice Way
Eagan, MN  55121

Mr. Colin Flynn Peterson
CIRESI & CONLIN
Suite 4600
225 S. Sixth Street
Minneapolis, MN  55402

Mr. Brandon E. Thompson
CIRESI & CONLIN
Suite 4600
225 S. Sixth Street
Minneapolis, MN  55402