# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-3690

_____

Craig Casler, (as Trustee for the Heirs and Next-of-Kin of Abby Rudolph, deceased)

Plaintiff - Appellee

v.

Clay County, Minnesota; Julie Savat, individually and in her capacity as Clay County Jail Administrator; Justin Roberts, individually and in his capacity as Clay County Assistant Jail Administrator; Raynor Blum, CO, individually and in his capacity as Clay County Correctional Officer; Nancy Livingood, CO, individually and in her capacity as Clay County Correctional Officer; Ashley Johnson, CO, individually and in her capacity as Clay County Correctional Officer; Tiffany Larson, CO, individually and in her capacity as Clay County Correctional Officer

Defendants

Deborah Benson, CO, individually and in her capacity as Clay County Correctional Officer; Jana Bartness, CO, individually and in her capacity as Clay County Correctional Officer

Defendants - Appellants

Ryan Magnuson, CO, individually and in his official capacity as Clay County Correctional Officer; Anastacia Hermes, CO, individually and in her capacity as Clay County Correctional Officer; Joel Torkelson, CO, individually and in his capacity as Clay County Correctional Officer

Defendants

Anthony Hanson, CO, individually and in his capacity as Clay County Correctional Officer

Defendant - Appellant

Amber Nelson, CO, individually and in her capacity as Clay County Correctional Officer

Defendant

Cassie Olson, CO, individually and in her capacity as Clay County Correctional Officer; Devin Lien, CO, individually and in her capacity as Clay County Correctional Officer

Defendants - Appellants

Richard Stetz, CO, individually and in his capacity as Clay County Correctional Officer; Brianna Then, CO, individually and in her capacity as Clay County Correctional Officer; Amy Rood, CO, individually and in her capacity as Clay County Correctional Officer

Defendants

Lucas Heck, CO, individually and in his capacity as Clay County Correctional Officer

Defendant - Appellant

Kari White-Tuton, CO, individually and in her capacity as Clay County Jail Correctional Officer and Clay County Jail Health Tech

Defendant

---

Appeal from U.S. District Court for the District of Minnesota
(0:18-cv-01020-WMW)

---

**JUDGMENT**

The appellants have filed a stipulation of dismissal. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

March 03, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Michael E. Gans