UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Craig Casler, as Trustee for the Heirs and Next-of-Kin of Abby Rudolph, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>Clay County, Minnesota, *et al.*,<br><br>Defendants. | Case No. 0:18-cv-01020 (WMW/LIB) |

**ORDER FOR DISMISSAL WITH PREJUDICE**

The foregoing Stipulation (Doc. No. 106), having been presented to the Court on behalf of the above parties:

IT IS HEREBY ORDERED that the settlement of this action as set forth in Releases I and II, is approved and, as a result, the above-entitled action may be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

IT IS FURTHER ORDERED that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all of Plaintiff's claims, without costs or disbursements to any of the parties, may be entered herein.

BY THE COURT:

Dated:_____, 2021   _____
Wilhelmina M. Wright
U.S. District Court Judge